IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY C. FERRARA, Movant, | : | CIVIL ACTION |
| vs. | : | NO. 09-mc-0214 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Respondent. | : | |

FILED
MAR 15 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this 15th day of March, 2010, upon consideration of the Report and Recommendation of Unites States Magistrate Judge Henry S. Perkin dated February 12, 2010, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the instant action is TRANSFERRED to the United States District Court for the Eastern District of Louisiana; and

3. the Clerk of Court is ORDERED to mark this action CLOSED.

BY THE COURT:

JAMES KNOLL GARDNER,
United States District Judge

3-10-20 e-mailed to: R. Bornstein
mailed to: G Ferrara